

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-24-2010

# USA v. Lawrence Ward

Precedential or Non-Precedential: Precedential

Docket No. 09-4271

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Lawrence Ward" (2010). *2010 Decisions*. Paper 169.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/169

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 24, 2010

No. 09-4271

UNITED STATES OF AMERICA

v.

LAWRENCE SCOTT WARD, Appellant

(E.D. Pa. No. 2-08-cr-00148-001)

Present:     SCIRICA, FUENTES and JORDAN, Circuit Judges

Unopposed Motion by Appellant to Publish the Court's Opinion
dated October 27, 2010.

                                        Respectfully,
                                        Clerk/arl

_____ORDER_____

The foregoing Unopposed Motion by Appellant to Publish the Court's Opinion dated
October 27, 2010, is hereby GRANTED.

                                        By the Court,

                                        /s/   Kent A. Jordan
                                        Circuit Judge

Dated:  24 November 2010